The Honorable Tiffany Cartwright

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| MOZZY CLARK,<br><br>　　　　Plaintiff,<br><br>v.<br><br>STATE OF WASHINGTON, DEPARTMENT OF CORRECTIONS; LT. DENNIS SIMONS; SGT. REGINA WILLIAMS A/K/A REGINA ESPERANZA AVELLAR; HEIDI WHITTEMORE; OFFICER THERESA AYOTTE; OFFICER MICHAEL BROOKS; and DOES 1-10.<br><br>　　　　Defendants. | No.: 3:24-cv-06058<br><br>**STIPULATED DISMISSAL WITH PREJUDICE AND WITHOUT FEES OR COSTS AS TO DEFENDANT MICHAEL BROOKS *ONLY*** |

COME NOW the parties, and each of them, and hereby stipulate and agree pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that all claims against the Defendant, MICHAEL BROOKS, be dismissed with prejudice, and without fees or costs to either party.

STIPULATED DISMISSAL WITH PREJUDICE AS TO DEFENDANT MICHAEL BROOKS ONLY
No.: 3:24-cv-06058

1

OFFICE OF THE ATTORNEY GENERAL
1250 Pacific Avenue, Suite 105
P.O. Box 2317
Tacoma, WA 98401
(253) 593-5243

DATED this 27th day of February, 2025.

| | |
|---|---|
| NICHOLAS W. BROWN<br>Attorney General<br><br>*/s/ Chad E. Arceneaux*<br>CHAD EVERETT ARCENEAUX<br>WSBA No. 40442; OID No. 91105<br>Assistant Attorney General<br>1250 Pacific Avenue, Suite 105<br>P.O. Box 2317<br>Tacoma, WA 98402-2317<br>Tel: (253) 207-6083<br>Chad.Arceneaux@atg.wa.gov<br>Attorneys for Defendants Theresa Ayotte and Michael Brooks | ROBERT A. BOUVATTE, PLLC<br><br>*/s/ Robert A. Bouvatte, Jr.*<br>Robert A. Bouvatte, Jr., WSBA #50220<br>P.O. Box 14185<br>Tumwater, WA 98511<br>PH: (564) 999-4005<br>bob@rbouvattepllc.com<br>rbouvattelaw@gmail.com<br>Attorneys for Plaintiff |
| SIMONS SWEENEY FREIMUND SMITH TARDIF PLLC<br><br>*/s/ John R. Nicholson* (approved via email)<br>JOHN R. NICHOLSON, WSBA No. 30499<br>711 Capitol Way S., Suite 602<br>Olympia, WA 98501<br>(360) 534-9960<br>John@ssslawgroup.com<br>Special Assistant Attorney General<br>Attorney for Defendants Washington State Department of Corrections, Simmons, and Williams | THE PIVTORAK LAW FIRM<br><br>*/s/ David Pivtorak*<br>David Pivtorak, Cal. Bar, #255943<br>611 Wilshire Boulevard<br>Suite 911<br>Los Angeles, CA 90017<br>PH: (213) 291-9130<br>david@piv4law.com<br>Attorney for Plaintiff |

STIPULATED DISMISSAL WITH PREJUDICE AS TO DEFENDANT MICHAEL BROOKS ONLY
No.: 3:24-cv-06058

2

OFFICE OF THE ATTORNEY GENERAL
1250 Pacific Avenue, Suite 105
P.O. Box 2317
Tacoma, WA 98401
(253) 593-5243