The Honorable Tiffany M. Cartwright

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| MOZZY CLARK,<br><br>                 Plaintiff,<br><br>v.<br><br>STATE OF WASHINGTON, DEPARTMENT OF CORRECTIONS; LT. DENNIS SIMONS; SGT. REGINA WILLIAMS A/K/A REGINA ESPERANZA AVELLAR; HEIDI WHITTEMORE; OFFICER THERESA AYOTTE; OFFICER MICHAEL BROOKS; and DOES 1-10.<br>                 Defendants. | No.: 3:24-CV-06058-TMC<br><br>STIPULATED DISMISSAL WITH PREJUDICE AND WITHOUT FEES OR COSTS AS TO DEFENDANT REGINA WILLIAMS, A/K/A REGINA ESPERANZA AVELLAR ONLY |

    COME NOW the parties, by and through their counsel of record, and hereby stipulate and agree pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that all claims against the Defendant, REGINA WILLIAMS a/k/a REGINA ESPERANZA AVELLAR, be dismissed with prejudice, and without fees or costs to either party.

/ / /

/ / /

/ / /

/ / /

/ / /

STIPULATED DISMISSAL WITH PREJUDICE AND WITHOUT FEES OR COSTS AS TO DEFENDANT REGINA WILLIAMS, A/K/A REGINA ESPERANZA AVELLAR ONLY –
No.: 3:24-CV-06058-TMC – Page 1

SIMMONS SWEENEY FREIMUND SMITH TARDIF PLLC
OLYMPIA OFFICE
711 CAPITOL WAY S, STE 602
OLYMPIA, WA 98501
TEL: (360) 534-9960
FAX: (360) 534-9959

BELLINGHAM OFFICE
1223 COMMERCIAL ST
BELLINGHAM, WA 98225
TEL: (360) 752-2000
FAX: (360) 656-5013
EMAIL: john@ssslawgroup.com

DATED this 13th day of March, 2025.

| | |
|---|---|
| SIMMONS SWEENEY FREIMUND SMITH TARDIF, PLLC | ROBERT A. BOUVATTE, PLLC |
| | |
| */s/ John R. Nicholson* | */s/ Robert A. Bouvatte, Jr.* |
| JOHN R. NICHOLSON, WSBA #30499 | ROBERT A. BOUVATTE, WSBA #50220 |
| 711 Capitol Way S., Suite 602 | P.O. Box 14185 |
| Olympia, WA 98501 | Tumwater, WA 98511 |
| (360) 534-9960 | (564) 999-4005 |
| John@ssslawgroup.com | bob@rbouvattepllc.com |
| Special Assistant Attorney General | rbouvattelaw@gmail.com |
| Attorney for Defendants State of Washington, Department of Corrections, Lt. Dennis Simons, and Heidi Whittemore | Attorney for Plaintiff |
| | |
| NICHOLAS W. BROWN | THE PIVTORAK LAW FIRM |
| Attorney General | |
| | |
| */s/ Chad Everett Arceneaux* | */s/ David Pivtorak* |
| CHAD EVERETT ARCENEAUX | DAVID PIVTORAK, Cal. Bar, #255943 |
| WSBA No. 40442; OID No. 91105 | 611 Wilshire Boulevard |
| Assistant Attorney General | Suite 911 |
| 1250 Pacific Avenue, Suite 105 | Los Angeles, CA 90017 |
| P.O. Box 2317 | (213) 291-9130 |
| Tacoma, WA 98402-2317 | david@piv4law.com |
| (253) 207-6083 | Attorney for Plaintiff |
| Chad.Arceneaux@atg.wa.gov | |
| Attorneys for Defendants Theresa Ayotte and Michael Brooks | |

STIPULATED DISMISSAL WITH PREJUDICE AND WITHOUT FEES OR COSTS AS TO DEFENDANT REGINA WILLIAMS, A/K/A REGINA ESPERANZA AVELLAR ONLY –
No.: 3:24-CV-06058-TMC – Page 2

SIMMONS SWEENEY FREIMUND SMITH TARDIF PLLC
OLYMPIA OFFICE
711 CAPITOL WAY S, STE 602
OLYMPIA, WA 98501
TEL: (360) 534-9960
FAX: (360) 534-9959

BELLINGHAM OFFICE
1223 COMMERCIAL ST
BELLINGHAM, WA 98225
TEL: (360) 752-2000
FAX: (360) 656-5013

EMAIL: john@ssslawgroup.com

# PROOF OF SERVICE

I certify that on March 13, 2025 I electronically filed the foregoing with the Court through CM/ECF and served on all parties or their counsel of record a copy of this document addressed as follows:

| Recipient | Method |
|---|---|
| Robert Bouvatte<br>P.O. Box 14185<br>Tumwater, WA 98511<br>bob@rbouvattepllc.com<br>rbouvattelaw@gmail.com<br>Attorney for Plaintiff | ☒ CM/ECF-Filing<br>☐ ABC/Legal Messenger<br>☐ Email |
| David Pivtorak<br>The Pivtorak Law Firm<br>611 Wilshire Boulevard, Suite 911<br>Los Angeles, CA 90017<br>david@piv4law.com<br>Attorney for Plaintiff | ☒ CM/ECF-Filing<br>☐ ABC/Legal Messenger<br>☐ Email |
| Chad Everett Arceneaux<br>Assistant Attorney General<br>Office of the Attorney General<br>1250 Pacific Ave., Suite 105<br>Tacoma, WA 98401<br>chad.arceneaux@atg.wa.gov<br>dann.graf@atg.wa.gov<br>john.unfred@atg.wa.gov<br>TORTacEF@atg.wa.gov<br>Attorney for Defendants Theresa Ayotte and Michael Brooks | ☒ CM/ECF-Filing<br>☐ ABC/Legal Messenger<br>☐ Email |

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED this 13th day of March, 2025 at Olympia, WA.

/s/ Jenny Singleton
Jenny Singleton, Paralegal
711 Capitol Way S, Ste 602
Olympia, WA 98501
Tel: (360) 534-9960
jenny@ssslawgroup.com

STIPULATED DISMISSAL WITH PREJUDICE AND WITHOUT FEES OR COSTS AS TO DEFENDANT REGINA WILLIAMS, A/K/A REGINA ESPERANZA AVELLAR ONLY – No.: 3:24-CV-06058-TMC – Page 3

SIMMONS SWEENEY FREIMUND SMITH TARDIF PLLC
OLYMPIA OFFICE
711 CAPITOL WAY S, STE 602
OLYMPIA, WA 98501
TEL: (360) 534-9960
FAX: (360) 534-9959

BELLINGHAM OFFICE
1223 COMMERCIAL ST
BELLINGHAM, WA 98225
TEL: (360) 752-2000
FAX: (360) 656-5013

EMAIL: john@ssslawgroup.com