The Honorable Tiffany M. Cartwright

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| MOZZY CLARK,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>STATE OF WASHINGTON, DEPARTMENT OF CORRECTIONS; LT. DENNIS SIMONS; SGT. CARRIE ANN WILLIAMS A/KA CARRIE ANN GUAJARDO; HEIDI WHITTEMORE; OFFICER THERESA AYOTTE; OFFICER GREGORY BROOKS; and DOES 1-10.<br><br>　　　　　Defendants. | NO. 3:24-CV-06058-TMC<br><br>DECLARATION OF<br>JOHN R. NICHOLSON |

I, JOHN R. NICHOLSON, hereby declare as follows:

1. I am over the age of 18 years, am competent to testify, and have personal knowledge of the matters stated herein. I have been appointed as Special Assistant Attorney General to represent Defendants State of Washington, Department of Corrections ("DOC"), Dennis Simons, Carie Guajardo, and Heidi Whittemore in this matter.

2. On December 27, 2024, Plaintiff filed this lawsuit as well as a second lawsuit in Pierce County Superior Court, both of which arise out of the same allegations. In both suits, Plaintiff alleges she was sexually harassed and assaulted by Christy (a.k.a. Christopher)

DECLARATION OF JOHN R. NICHOLSON
- No. 3:24-CV-06058-TMC- Page 1

SIMMONS SWEENEY FREIMUND SMITH TARDIF PLLC
EVERGREEN PLAZA BLDG
711 CAPITOL WAY S., STE 602
OLYMPIA, WA 98501
PH.: (360) 534-9960
FAX: (360) 534-9959

BELLINGHAM OFFICE
1223 COMMERCIAL STREET
BELLINGHAM, WA 98225
PH.: (360) 752-2000
FAX: (360) 752-2771

Williams, a transgender woman who was assigned to live in the same cell with her for a period of time at the Washington Correctional Center for Women ("WCCW"), a DOC correctional facility.

3. On May 1, 2025, Plaintiff served a set of discovery requests on DOC. Attached to this declaration as **Exhibit 1** is a true and accurate copy of the requests with DOC's initial answers and objections, which were served on June 16, 2025. These discovery requests are broad and call for DOC to disclose information about Inmate Williams' criminal history, history of prior offenses, infractions in DOC institutions, and involvement in investigations under the Prison Rape Elimination Act ("PREA"). Answering the requests would also require DOC to provide confidential information and records relating to Inmate Williams' medical and mental health. DOC files and records containing such confidential information, which are encompassed by Plaintiff's requests for production, include the following:

- DOC central file on Inmate Williams;
- DOC Prison Rape Elimination Act ("PREA") investigation files in which Williams is identified as an alleged victim or perpetrator;
- DOC PREA risk assessment records on Williams;
- DOC OMNI/OnBase records on Williams (contains Williams' juvenile records, including psychiatric evaluations and mental health treatment records);
- DOC medical and mental health records on Williams;
- DOC screenings on Williams relating to its protocol for the housing of transgender and intersex offenders, as well as other housing records;
- Kiosk messages of Williams;
- Resolutions (grievance) files on Williams;
- Chronological entries ("chronos") by DOC employees regarding Williams;
- Emails and/or other communications relating to the above topics and files.

DECLARATION OF JOHN R. NICHOLSON - No. 3:24-CV-06058-TMC- Page 2

SIMMONS SWEENEY FREIMUND SMITH TARDIF PLLC
EVERGREEN PLAZA BLDG
711 CAPITOL WAY S., STE 602
OLYMPIA, WA 98501
PH.: (360) 534-9960
FAX: (360) 534-9959

BELLINGHAM OFFICE
1223 COMMERCIAL STREET
BELLINGHAM, WA 98225
PH.: (360) 752-2000
FAX: (360) 752-2771

4. On July 16, 2025, I participated in virtual discovery conference on Microsoft teams with counsel for Plaintiffs regarding the protective order at issue. Prior to the conference, I circulated a proposed protective order, the substance of which is the same as the one submitted to the Court with this motion. On July 18, 2025, I also discussed the proposed protective order with counsel for Co-Defendants Theresa Ayotte and Gregory Brooks. Counsel for all parties have expressed their agreement to the terms of the protective order proposed with this motion. However, because Inmate Williams is the subject of the information and records to be disclosed under the proposed protective order, this motion is being noted for hearing and served upon her, so that she has an opportunity to be heard on the matter, as well. Attached to this declaration as **Exhibit 2** is a true and accurate copy of a cover letter sent to Inmate Williams along with the motion and this declaration.

I declare under penalty of perjury under the laws of the United States of America and the State of Washington that the forgoing is true and correct.

DATED this 1st day of August, 2025 in Tacoma, Washington.

SIMMONS SWEENEY FREIMUND
SMITH TARDIF, PLLC

*/s/ John R. Nicholson*
JOHN R. NICHOLSON, WSBA #30499
711 Capitol Way S., Suite 602
Olympia, WA 98501
(360) 534-9960
John@ssslawgroup.com
Special Assistant Attorney General
Attorney for Defendants State of Washington,
Department of Corrections, Lt. Dennis Simons,
Carie Guajardo and Heidi Whittemore

DECLARATION OF JOHN R. NICHOLSON - No. 3:24-CV-06058-TMC- Page 3

SIMMONS SWEENEY FREIMUND SMITH TARDIF PLLC
EVERGREEN PLAZA BLDG
711 CAPITOL WAY S., STE 602
OLYMPIA, WA 98501
PH.: (360) 534-9960
FAX: (360) 534-9959

BELLINGHAM OFFICE
1223 COMMERCIAL STREET
BELLINGHAM, WA 98225
PH.: (360) 752-2000
FAX: (360) 752-2771

**PROOF OF SERVICE**

I certify that on August 1, 2025 I electronically filed the foregoing with the Court through CM/ECF and caused to be served on all parties or their counsel of record a copy of this document addressed as follows:

| | |
|---|---|
| Robert Bouvatte<br>P.O. Box 14185<br>Tumwater, WA 98511<br>bob@rbouvattepllc.com<br>alisha@rbouvattepllc.com<br>rbouvattelaw@gmail.com<br>Attorney for Plaintiff | ☒ CM/ECF-Filing<br>☐ ABC/Legal Messenger<br>☒ Email |
| David Pivtorak<br>The Pivtorak Law Firm<br>611 Wilshire Boulevard, Suite 911<br>Los Angeles, CA 90017<br>david@piv4law.com<br>Attorney for Plaintiff | ☒ CM/ECF-Filing<br>☐ ABC/Legal Messenger<br>☒ Email |
| Chad Everett Arceneaux<br>Assistant Attorney General<br>Office of the Attorney General<br>1250 Pacific Ave., Suite 105<br>Tacoma, WA 98401<br>chad.arceneaux@atg.wa.gov<br>dann.graf@atg.wa.gov<br>john.unfred@atg.wa.gov<br>TORTacEF@atg.wa.gov<br>Attorney for Defendants Theresa Ayotte and Gregory Brooks | ☒ CM/ECF-Filing<br>☐ ABC/Legal Messenger<br>☒ Email |
| Christy Williams<br>Washington Corrections Center for Women<br>9601 Bujacich Rd.<br>Gig Harbor, WA 98332 | ☒ Hand delivered by WCCW staff<br>☒ U.S. Mail<br>☐ Email |

I certify under penalty of perjury under the laws of the state of Washington that the

/ / /

/ / /

/ / /

DECLARATION OF JOHN R. NICHOLSON - No. 3:24-CV-06058-TMC- Page 4

SIMMONS SWEENEY FREIMUND SMITH TARDIF PLLC
EVERGREEN PLAZA BLDG
711 CAPITOL WAY S., STE 602
OLYMPIA, WA 98501
PH.: (360) 534-9960
FAX: (360) 534-9959

BELLINGHAM OFFICE
1223 COMMERCIAL STREET
BELLINGHAM, WA 98225
PH.: (360) 752-2000
FAX: (360) 752-2771

1  foregoing is true and correct.

2      DATED this 1st day of August, 2025 at Olympia, WA.

3

4                      */s/ Jenny Singleton*
                    Jenny Singleton, Paralegal
                    711 Capitol Way S, Ste 602
                    Olympia, WA 98501
                    Tel: (360) 534-9960
                    jenny@ssslawgroup.com

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF JOHN R. NICHOLSON - No. 3:24-CV-06058-TMC- Page 5

SIMMONS SWEENEY FREIMUND SMITH TARDIF PLLC
EVERGREEN PLAZA BLDG
711 CAPITOL WAY S., STE 602
OLYMPIA, WA 98501
PH.: (360) 534-9960
FAX: (360) 534-9959

BELLINGHAM OFFICE
1223 COMMERCIAL STREET
BELLINGHAM, WA 98225
PH.: (360) 752-2000
FAX: (360) 752-2771