# Exhibit 2

# SIMMONS SWEENEY FREIMUND SMITH TARDIF PLLC
ATTORNEYS AT LAW

| PARTNERS | ASSOCIATE ATTORNEYS | |
|---|---|---|
| BRET S. SIMMONS | SHANE P. BRADY | LISA A. LIEKHUS |
| KELLEY J. SWEENEY | ALEX FOSTER-BROWN | MELISSA NELSON |
| JILL SMITH | CHIA-YU CHIANG | JOHN R. NICHOLSON |
| ALLISON CROFT | TAYLOR C. DAWSON | DREW NISHIYAMA |
| | KERRI GETTMANN | JAY R. SIMMONS |
| | | KAYLYNN WHAT |

MICHAEL E. TARDIF, OF COUNSEL
KATHLEEN D. BENEDICT, OF COUNSEL

August 1, 2025

Christy Williams, DOC No. 323861
Washington Corrections Center for Women
9601 Bujacich Rd.
Gig Harbor, WA 98332

Re:   *Mozzy Clark v. State of Washington, et al.*
      US District Court Cause No. 3:24-cv-06058-TMC
      Pierce County Cause No. 24-2-13273-8

Dear Ms. Williams:

I am an attorney representing the Washington State Department of Corrections ("DOC"), Carie Williams (a.k.a. Carie Guajardo), Dennis Simons, and Heidi Whittemore in two separate lawsuits that have been filed by Mozzy Clark (formerly known as Alisha Betz). One of the lawsuits filed by Ms. Clark is in federal court (United States District Court for the Western District of Washington, case no. 3:24-cv-06058-TMC) and the other is in state court (Pierce County Superior Court case no. 24-2-13273-8). For your reference, I am enclosing copies of the complaints from both of these lawsuits. In both lawsuits, Ms. Clark alleges that you sexually harassed and/or assaulted her while the two of you were housed together in the same cell at the Washington Correctional Center for Women, and she is seeking monetary damages from my clients based on assertions that they should be civilly liable. If you would be willing to speak with me regarding Ms. Clark's allegations, I would greatly appreciate it.

Ms. Clark's attorneys have sent discovery requests in the lawsuits to DOC. These requests demand information and records from DOC about you, some of which are protected by federal and state privacy laws. However, DOC will not disclose confidential information or records about you absent your written authorization or a court order directing it to do so. In Ms. Clark's federal lawsuit, I am filing a motion for a protective order asking the Court for permission to provide Ms. Clark's attorneys the requested confidential information and records subject to a protective order that would restrict their use and dissemination. With this letter, I am enclosing a copy of the motion, supporting documents, and proposed protective order. The motion is being noted for hearing on August 22, 2025. Unless the Court directs otherwise, it will decide the motion without oral argument sometime on or after that date. I am notifying you, so that you have the opportunity to be heard and can raise any objections you may have

August 1, 2025
Page 2

before the Court makes a decision. Contact information for the Court is as follows:

>   Judge Tiffany Cartwright
>   United States District Court, Western District of Washington
>   1717 Pacific Avenue, Suite 3124
>   Tacoma, WA 98402-3200
>   Courtroom deputy (253) 882-3824
>   Case Administrator (253) 882-3802

Contact information for the Clerk of the court is as follows:

>   United States District Court, Western District of Washington
>   1717 Pacific Avenue, Room 3100
>   Tacoma, WA 98402-3200
>   Clerk's Office (253) 882-3800

If you would like to provide a written response to me, I will file it with the Court. My mailing address is:

>   Simmons Sweeney Freimund Smith Tardif
>   711 Capitol Way S., Suite 602
>   Olympia, WA 98501

Please let me know if you have any questions or would be willing to speak with me. Thank you.

Sincerely,

*John R. Nicholson*

John R. Nicholson
Attorney at Law
(360) 534-9960

JRN:jms
Enclosures:   Corrected Second Amended Complaints
              Motion for Protective Order Re: Non-Party Inmate Confidential Records and Information
              Declaration of John R. Nicholson with Exhibits;
              Protective Order Re: Non-Party Inmate Confidential Information and Records [Proposed]