The Honorable Tiffany M. Cartwright

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| MOZZY CLARK,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF WASHINGTON, DEPARTMENT OF CORRECTIONS; LT. DENNIS SIMONS; SGT. CARRIE ANN WILLIAMS A/KA CARRIE ANN GUAJARDO; HEIDI WHITTEMORE; OFFICER THERESA AYOTTE; OFFICER GREGORY BROOKS; and DOES 1-10.<br><br>Defendants. | NO. 3:24-CV-06058-TMC<br><br>PROTECTIVE ORDER RE: NON-PARTY INMATE RECORDS |

This matter came before the undersigned Judge of the above-entitled Court on a motion for protective order filed by Defendants relating to Plaintiffs' discovery requests seeking confidential information and records relating to a non-party inmate of the Washington State Department of Corrections (hereinafter, the "DOC"), Christy (a.k.a. Christopher) Williams (hereinafter, "Inmate Williams").

**Definition of "Confidential Information and Records"**

The term "confidential information and records," as used in this order, includes anything that qualifies as "protected health information" as defined in 45 C.F.R. § 160.103, anything that



SIMMONS SWEENEY FREIMUND SMITH TARDIF PLLC
EVERGREEN PLAZA BLDG
711 CAPITOL WAY S., STE 602
OLYMPIA, WA 98501
PH.: (360) 534-9960
FAX: (360) 534-9959
BELLINGHAM OFFICE
1223 COMMERCIAL STREET
BELLINGHAM, WA 98225
PH.: (360) 752-2000
FAX: (360) 752-2771

qualifies as "health care information" as defined in RCW 70.02.010(17), and/or any information or records relating to "mental health services" as described in RCW 70.02.230.

The term "confidential information and records" also includes the following categories of information and records: records and information relating to complaints and investigations under the Prison Rape Elimination Act ("PREA") protected under 28 CFR §115.61(b); non-conviction data in criminal history records protected under RCW 10.97.050; and records relating to juvenile offenses protected under RCW 13.50, *et. seq*.

**Discoverability and Restrictions on Use and Dissemination of "Confidential Information and Records" Governed by this Order**

The Court, having considered all materials submitted by the parties and Inmate Williams in support of and in opposition to said motion, finds that some confidential information and records relating to Inmate Williams may be relevant to the parties' claims and defenses and therefore is discoverable, although protected under the above statutes and regulations. The Court therefore orders that such confidential information and records shall be provided by DOC to Plaintiff in response to her discovery requests subject to the following restrictions:

1. Confidential information and records provided by DOC in discovery pursuant to this Protective Order shall be used by the parties only for purposes of prosecuting, defending, or settling this matter. Unless otherwise directed by the Court, such confidential information and records shall not be disseminated to anyone other than counsel for the parties and their staff members, lay witnesses who may have knowledge of the records' contents, expert witnesses and/or consultants retained by the parties, court reporters, mediators, and the Court and Court staff members.

2. If counsel or the parties provide confidential information or records that are subject to this Protective Order to a court reporter, mediator, or witness, they must also provide such court reporter, mediator, or witness a copy of this Protective Order. Absent further order



SIMMONS SWEENEY FREIMUND SMITH TARDIF PLLC
EVERGREEN PLAZA BLDG
711 CAPITOL WAY S., STE 602
OLYMPIA, WA 98501
PH.: (360) 534-9960
FAX: (360) 534-9959
BELLINGHAM OFFICE
1223 COMMERCIAL STREET
BELLINGHAM, WA 98225
PH.: (360) 752-2000
FAX: (360) 752-2771

of the court, any court reporter, mediator, witness, or other person who receives any record produced pursuant to this Order is bound by its terms.

3. At the conclusion of this case, including any appeals, Plaintiffs shall either return to counsel for DOC or else destroy all copies of any confidential information and records that Plaintiffs have received from DOC in discovery.

4. Upon a showing of good cause, any party to this case or any non-party with an interest in the confidential information and records that are the subject of this Protective Order may move for modification of the terms of this Protective Order.

DATED this 25th day of August, 2025.

JUDGE TIFFANY M. CARTWRIGHT

PRESENTED BY:

SIMMONS SWEENEY FREIMUND
SMITH TARDIF, PLLC

*/s/ John R. Nicholson*
JOHN R. NICHOLSON, WSBA #30499
711 Capitol Way S., Suite 602
Olympia, WA 98501
(360) 534-9960
John@ssslawgroup.com
Special Assistant Attorney General
Attorney for Defendants State of Washington,
Department of Corrections, Lt. Dennis Simons,
Carie Guajardo, and Heidi Whittemore



SIMMONS SWEENEY FREIMUND SMITH TARDIF PLLC
EVERGREEN PLAZA BLDG
711 CAPITOL WAY S., STE 602
OLYMPIA, WA 98501
PH.: (360) 534-9960
FAX: (360) 534-9959
BELLINGHAM OFFICE
1223 COMMERCIAL STREET
BELLINGHAM, WA 98225
PH.: (360) 752-2000
FAX: (360) 752-2771