The Honorable Tiffany M. Cartwright

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

MOZZY CLARK,

Plaintiff,

v.

STATE OF WASHINGTON, DEPARTMENT OF CORRECTIONS; LT. DENNIS SIMONS; SGT. CARRIE ANN WILLIAMS A/KA/ CARRIE ANN GUAJARDO; HEIDI WHITTEMORE; OFFICER THERESA AYOTTE; OFFICER GREGORY BROOKS; and DOES 1-10,

Defendants.

Case No: 3:24-cv-06058-TMC

**DECLARATION OF DAVID PIVTORAK IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT**

NOTE ON MOTION CALENDAR: [March 10, 2026 noted for consideration]



**THE PIVTORAK LAW FIRM**
611 Wilshire Boulevard, Suite 911
Los Angeles, CA 90017
Telephone: (213) 291-9130

**DECLARATION OF DAVID PIVTORAK**

I, David Pivtorak, declare as follows:

1. I am counsel of record for Plaintiff in this matter. Unless otherwise stated, I have personal knowledge of the following facts and, if called and sworn as a witness, can competently testify thereto.

2. On or around April 30, 2025, Plaintiff served interrogatories requesting that Defendants identity the individual(s) at the Department of Corrections who made the decision to place Plaintiff in the same cell as inmate Christopher "Christy" Wiliams, a biological male. A true & correct copy of relevant portions of the discovery requests is attached hereto as **Exhibit 1.**

3. On or around June 16, 2025, Defendant served responses which failed to identify any individual in response to the interrogatory but identified certain responsive documents, which it then objected to producing. A true and correct copy of relevant portions of the discovery responses is attached hereto as **Exhibit 2.**

4. On or around July 29, 2025 (after the July 11, 2025 deadline set by the Court to amend pleadings) Defendants served amended responses which, for the first time, identified Edwin Schulze ("Schulze") as the Correctional Unit Supervisor ("CUS") who participated in the housing decision. At the same time, Defendants claimed that, despite production of thousands of pages of other relevant documents, "DOC has been unable to locate any documentation indicating which individual made the ultimate decision for the transfer of Inmate Williams to Plaintiff's cell." A true & correct copy of relevant portions of the responses is attached hereto as **Exhibit 3.**

5. Subsequently, on or around September 2, 2025, Defendant served Second Supplemental Responses to Plaintiff's First Discovery Requests, which identified a plethora of documents regarding Plaintiff's housing situation but did not provide a supplemental response regarding the "ultimate decision." A true & correct copy of relevant portions of the discovery responses is attached hereto as **Exhibit 4.**



**THE PIVTORAK LAW FIRM**
611 Wilshire Boulevard, Suite 911
Los Angeles, CA 90017
Telephone: (213) 291-9130

6. Until this disclosure by Defendants, Plaintiff had no way of knowing that CUS Schulze, rather than CUS Whittemore, made the operative decision. The discovery responses clarified for the first time the identity of the proper decision-maker.

7. The proposed Third Amended Complaint does not alter the factual basis of the claims, but merely corrects the identity of the official responsible for the challenged conduct.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 17th day of February, 2026, at Los Angeles, California.

By: /s/ David Pivtorak
David Pivtorak



**THE PIVTORAK LAW FIRM**
611 Wilshire Boulevard, Suite 911
Los Angeles, CA 90017
Telephone: (213) 291-9130