# EXHIBIT 1

HONORABLE TIFFANY M. CARTWRIGHT

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**SEATTLE DIVISION**

| | |
|---|---|
| MOZZY CLARK, an individual,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF WASHINGTON, DEPARTMENT OF CORRECTIONS; LT. DENNIS SIMONS; OFFICER THERESA AYOTTE; SGT. CARRIE ANN WILLIAMS A/K/A CARRIE ANN GUAJARDO; HEIDI WHITTEMORE; OFFICER GREGORY BROOKS; and DOES 1-10,<br><br>Defendants. | No. 3:24-cv-06058-TMC<br><br>**PLAINTIFF, MOZZY CLARK'S, FIRST SET OF INTERROGATORIES & REQUESTS FOR PRODUCTION TO DEFENDANT, STATE OF WASHINGTON, DEPARTMENT OF CORRECTIONS**<br><br>**[JURY DEMAND]** |

PROPOUNDING PARTY: Plaintiff, MOZZY CLARK;

TO RESPONDING PARTY: Defendant, STATE OF WASHINGTON, DEPARTMENT OF CORRECTIONS;

AND TO: John R. Nicholson, Esq., its attorney of record.

**INTERROGATORY NO. 14:** Please Identify and Describe with particularity, in accordance with the foregoing Definitions, all of Your internal Documents and/or Communications Relating to the determination to house Inmate Williams in a prison cell with the Plaintiff, during the time period from January 1, 2020, through the present date (including, but not limited to emails, text messages, telephone calls, videoconferences, and other forms of electronic Communication), stating the approximate length and describing in detail the substance of each such Communication, the purpose of the Communication, and whether such Communication was written or oral, and Identifying, in accordance with the foregoing Definitions & Instructions, the individual who determined to place Inmate Williams in the same cell as the Plaintiff.

**ANSWER**:

**Request for Production No. 14:** Please produce all Documents which are identified in or that relate in any way to Your answer to the foregoing Interrogatory No. 14, including, but not limited to all Communications You had concerning the referenced subject matter with any employee(s) of the Department of Corrections, and all Documents reflecting same, including telephone records, electronic mail messages, voicemail messages or text messages, records of videoconferences, meeting minutes, personal notes, and/or other Documents reflecting such Communications.

**Answer:**

**CERTIFICATE OF SERVICE**

I hereby certify that on April 30, 2025, I electronically served the foregoing First Set of Interrogatories and Requests for Production to the following counsel of record via email, pursuant to the agreement of counsel to accept service via electronic mail:

David Pivtorak, Cal. Bar. 255943
THE PIVTORAK LAW FIRM
611 Wilshire Boulevard, Suite 911
Los Angeles, CA 90017
david@piv4law.com
T: (213) 291-9130
*Attorney for Plaintiff (pro hac vice)*

Chad E. Arceneaux, WSBA No. 40442, OID No. 91105
NICHOLAS W. BROWN, Attorney General
1250 Pacific Avenue, Suite 105
P.O. Box 2317
Tacoma, WA 98402-2317
Chad.Arceneaux@atg.wa.gov
John.unfred@atg.wa.gov
Dann.graf@atg.wa.gov
TorTacEF@atg.wa.gov
T: (253) 207-6083
*Attorneys for Defendants Theresa Ayotte and Michael Brooks*

John R. Nicholson, WSBA #30499
SIMMONS SWEENEY FREIMUND SMITH TARDIF, PLLC
711 Capitol Way S., Suite 602
Olympia, WA 98501
John@ssslawgroup.com
Jenny@ssslawgroup.com
Tasha@ssslawgroup.com
Special Assistant Attorney General
T: (360) 534-9960
*Attorney for Defendants State of Washington,*
*Department of Corrections, Lt. Dennis Simons, and Heidi Whittemore*

Dated: April 30th, 2025.

By: ______________________________

Robert A. Bouvatte, Jr., Esq.
ROBERT A. BOUVATTE, PLLC
P.O. Box 14185
Tumwater, WA 98511
PH: (564) 999-4005
bob@rbouvattepllc.com
rbouvattelaw@gmail.com

*Counsel for Plaintiff, Mozzy Clark*