# EXHIBIT 2

HONORABLE TIFFANY M. CARTWRIGHT

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**SEATTLE DIVISION**

| | |
|---|---|
| MOZZY CLARK, an individual,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF WASHINGTON, DEPARTMENT OF CORRECTIONS; LT. DENNIS SIMONS; OFFICER THERESA AYOTTE; SGT. CARRIE ANN WILLIAMS A/K/A CARRIE ANN GUAJARDO; HEIDI WHITTEMORE; OFFICER GREGORY BROOKS; and DOES 1-10,<br><br>Defendants. | No. 3:24-cv-06058-TMC<br><br>**PLAINTIFF, MOZZY CLARK'S, FIRST SET OF INTERROGATORIES & REQUESTS FOR PRODUCTION TO DEFENDANT, STATE OF WASHINGTON, DEPARTMENT OF CORRECTIONS**<br><br>**[JURY DEMAND]**<br><br>**WITH OBJECTIONS, ANSWERS AND RESPONSES THERETO** |

PROPOUNDING PARTY: Plaintiff, MOZZY CLARK;

TO RESPONDING PARTY: Defendant, STATE OF WASHINGTON, DEPARTMENT OF CORRECTIONS;

**Incident Report 24-118730 – redacted (bates nos. 01250001-18) with attached privilege log; Clark Field File – redacted (bates nos. 01120001-423) with attached privilege log.**

**<u>Request for Production No. 13</u>:** Please produce all Documents which are identified in or that relate in any way to Your answer to the foregoing Interrogatory No. 13, including, but not limited to all Communications You had concerning the referenced subject matter with any employee(s) of the Department of Corrections, and all Documents reflecting same, including telephone records, electronic mail messages, voicemail messages or text messages, records of videoconferences, meeting minutes, personal notes, and/or other Documents reflecting such Communications.

**<u>Answer:</u> See objection and answer to Interrogatory No. 13.**

**<u>INTERROGATORY NO. 14:</u>** Please Identify and Describe with particularity, in accordance with the foregoing Definitions, all of Your internal Documents and/or Communications Relating to the determination to house Inmate Williams in a prison cell with the Plaintiff, during the time period from January 1, 2020, through the present date (including, but not limited to emails, text messages, telephone calls, videoconferences, and other forms of electronic Communication), stating the approximate length and describing in detail the substance of each such Communication, the purpose of the Communication, and whether such Communication was written or oral, and Identifying, in accordance with the foregoing Definitions & Instructions, the

individual who determined to place Inmate Williams in the same cell as the Plaintiff.

<u>**ANSWER**</u>: **Objection. This interrogatory is overbroad and unduly burdensome, is compound, and has multiple subparts. In addition, this interrogatory seeks information that is subject to the physician/patient privilege and protected under RCW 70.02.020(1), RCW 42.56.360(2), 42 C.F.R. Part 2, 45 C.F.R. Part 160, 164, RCW 70.96A.150(1)(3), RCW 70.24.105(1) and RCW 42.56.050. Inmate Williams' DOC medical and mental health information and records cannot be disclosed without a release from Inmate Williams or a court order. In addition, this request seeks information that is protected under 28 C.F.R. § 115.61(b) and RCW 42.56.240(2). The information sought may also be protected under the Settlement Agreement filed October 11, 2023 in *Disability Rights Washington v. Washington State Department of Corrections, et al.;* USDC Western District No. C23-01553-JCC.**

**Without waiving the forgoing objections, Defendant elects to answer this interrogatory by producing its business records pursuant to CR 33(c). Defendant conducted PREA risk assessments and Housing Protocol Assessments regarding Inmate Williams prior to Inmate Williams' move to WCCW. These documents are identified here (Bates Nos. 01320001-8, 01390001-10 and 01400001) but not produced due to the above referenced statutory privacy laws and the absence of any protective order governing these records. Please see the following documents produced in response to Plaintiff's First Interrogatories and Requests for Production to Defendant in *Clark v. DOC, et al.,* Pierce County Cause No. 24-2-13273-8:**

**DOC 490.700 Transgender, Intersex, and/or Non-Binary Housing and Supervision 2/13/20-**

**3/9/22, 3/9/22-7/17/23 (01150059-82);**

**DOC 490.800 Prison Rape Elimination Act (PREA) Prevention and Reporting 11/20/20-4/19/22, 4/19/22 (01150083-176);**

**DOC 490.820 Prison Rape Elimination Act (PREA) Risk Assessments and Assignments 6/13/19-3/9/22, 3/9/22-4/15/23 (01150177-196).**

**Please also see the following documents produced with Defendant's First Supplemental Answers to Plaintiff's First Interrogatories and Requests for Production to Defendant in *Clark v. DOC, et al.,* Pierce County Cause No. 24-2-13273-8:**

**Employee Manual for the Identification, Treatment, and Correctional Management of Transgender, Intersex, and Non-binary Individuals (bates nos. 01360001-21).**

**Request for Production No. 14:** Please produce all Documents which are identified in or that relate in any way to Your answer to the foregoing Interrogatory No. 14, including, but not limited to all Communications You had concerning the referenced subject matter with any employee(s) of the Department of Corrections, and all Documents reflecting same, including telephone records, electronic mail messages, voicemail messages or text messages, records of videoconferences, meeting minutes, personal notes, and/or other Documents reflecting such Communications.

**Answer: See objections and answer to Interrogatory No 14.**

ANSWERS AND OBJECTIONS DATED this 16th day of June, 2025, in conformance with Fed. R. Civ. P. 26(g).

*/s/ John R. Nicholson*
JOHN R. NICHOLSON, WSBA #30499
711 Capitol Way S., Suite 602
Olympia, WA 98501
(360) 534-9960
John@ssslawgroup.com
Special Assistant Attorney General
Attorney for Defendants State of Washington,
Department of Corrections, Lt. Dennis Simons,
Heidi Whittemore and Carie Williams

DECLARATION

I declare under the penalty of perjury under the laws of the State of Washington that I am a representative of the Defendant in this action and am authorized to make the foregoing answers. I declare that I have read the foregoing answers, know the contents thereof, and state that they true and correct.

Dated this 30th day of June at Tumwater, Washington.

STATE OF WASHINGTON, DEPARTMENT OF CORRECTIONS

By: Shari Hall

Title: Agency Legal Liaison

Address: 7345 Linderson Way SW;

Tumwater, WA 98501



SIMMONS SWEENEY FREIMUND SMITH TARDIF PLLC
OLYMPIA OFFICE
711 CAPITOL WAY S, STE 602
OLYMPIA, WA 98501
TEL: (360) 534-9960
FAX: (360) 534-9959
BELLINGHAM OFFICE
1223 COMMERCIAL ST
BELLINGHAM, WA 98225
TEL: (360) 752-2000
FAX: (360) 656-5013
EMAIL: john@ssslawgroup.com

**PROOF OF SERVICE**

I certify that on June 16, 2025, I electronically served on all parties or their counsel of record a copy of this document addressed as follows:

| | |
|---|---|
| Robert Bouvatte<br>P.O. Box 14185<br>Tumwater, WA 98511<br>bob@rbouvattepllc.com<br>alisha@rbouvattepllc.com<br>Attorney for Plaintiff | ☐ Pierce County Linx E-Service<br>☒ E-mail<br>☐ ABC/Legal Messenger |
| David Pivtorak<br>The Pivtorak Law Firm<br>611 Wilshire Boulevard, Suite 911<br>Los Angeles, CA 90017<br>david@piv4law.com<br>Attorney for Plaintiff | ☐ Pierce County Linx E-Service<br>☒ E-mail<br>☐ ABC/Legal Messenger |
| Chad Everett Arceneaux<br>Assistant Attorney General<br>Office of the Attorney General<br>1250 Pacific Ave., Suite 105<br>Tacoma, WA 98401<br>chad.arceneaux@atg.wa.gov<br>dann.graf@atg.wa.gov<br>john.unfred@atg.wa.gov<br>TORTacEF@atg.wa.gov<br>Attorney for Defendants Theresa Ayotte and Micheal Brooks | ☐ Pierce County Linx E-Service<br>☒ E-mail<br>☐ ABC/Legal Messenger |

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED this 16th day of June, 2025 at Olympia, WA.

*/s/ Jenny Singleton*
Jenny Singleton, Paralegal
711 Capitol Way S, Ste 602
Olympia, WA 98501
jenny@ssslawgroup.com