The Honorable Tiffany M. Cartwright

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

MOZZY CLARK,

                    Plaintiff,

        v.

STATE OF WASHINGTON, DEPARTMENT
OF CORRECTIONS; LT. DENNIS SIMONS;
SGT. CARRIE ANN WILLIAMS A/KA
CARRIE ANN GUAJARDO; HEIDI
WHITTEMORE; OFFICER THERESA
AYOTTE; OFFICER GREGORY BROOKS; and
DOES 1-10.

                    Defendants.

NO. 3:24-CV-06058-TMC

STIPULATED MOTION AND ORDER
TO EXTEND DEADLINES TO FILE
MOTIONS RELATED TO DISCOVERY
AND DEADLINE TO COMPLETE
DISCOVERY

NOTE ON MOTION CALENDAR:
APRIL 20, 2026

COME NOW the parties, by and through their counsel of record, and respectfully move this Court pursuant to LCR 7(j) and LCR 10(g) for an Order extending the deadlines to file motions related to discovery and to complete discovery, as set forth in the Court's Order Setting Jury Trial and Pretrial Dates. *Dkt. 44*.

## I.    STATEMENT OF FACTS

On February 19, 2026, the parties met with this Court for a discovery conference regarding a motion to compel medical releases that counsel for the Defendants intended to bring. *Dkt. 53*. After the discovery conference, Plaintiff agreed to supplement her discovery responses

STIPULATED MOTION AND ORDER TO
EXTEND DEADLINES TO FILE MOTIONS
RELATED TO DISCOVERY AND
DEADLINE TO COMPLETE DISCOVERY
- NO. 3:24-CV-06058-TMC- Page 1

SIMMONS SWEENEY FREIMUND SMITH TARDIF PLLC
EVERGREEN PLAZA BLDG          BELLINGHAM OFFICE
711 CAPITOL WAY S., STE 602   1223 COMMERCIAL STREET
OLYMPIA, WA 98501             BELLINGHAM, WA 98225
PH.: (360) 534-9960           PH.: (360) 752-2000
FAX: (360) 534-9959           FAX: (360) 752-2771

and supply the Defendants with some of Plaintiff's responsive medical and mental health records subject to a protective order after they were reviewed for relevance. On March 20, 2026, Plaintiff supplemented her discovery responses and indicated she would provide responses after review and redaction of the requested records. Plaintiff's counsel is continuing to gather and review Plaintiff's medical records.

The current deadline to file motions related to discovery is April 29, 2026, and the deadline to complete discovery is May 29, 2026. The parties are jointly requesting a 30 day extension of these deadlines to allow Plaintiff to produce Plaintiff's medical and mental health records and a log of any responsive records being withheld, and then allow defense counsel an opportunity to review the same before determining if a motion to compel is necessary. Additionally, counsel for the parties intend to confer about several other discovery disputes. These include, but are not limited to, Plaintiff's disclosure of expert witnesses, scheduling Plaintiff's experts' depositions, and Defendants' request for a continuation of Plaintiff's deposition.

## II.    LEGAL ARGUMENT

The Court's scheduling order shall not be modified except upon showing good cause and by leave of the judge. Fed. R. Civ. P. 16(b)(4). In determining whether good cause exists, the Court should consider any prejudice to the parties but the primary focus is the moving party's reason for seeking relief or modification. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). The Court should also consider the diligence of the parties. *Johnson*, 975 F.2d at 609. Motions for relief from a deadline should be filed sufficiently in advance of the deadline to allow the Court to rule prior to the deadline. LCR 7(j).

The Court should grant the parties' stipulated motion so that the parties have an opportunity to confer about the above potential discovery disputes and resolve them without

STIPULATED MOTION AND ORDER TO EXTEND DEADLINES TO FILE MOTIONS RELATED TO DISCOVERY AND DEADLINE TO COMPLETE DISCOVERY - NO. 3:24-CV-06058-TMC- Page 2

SIMMONS SWEENEY FREIMUND SMITH TARDIF PLLC
EVERGREEN PLAZA BLDG
711 CAPITOL WAY S., STE 602
OLYMPIA, WA 98501
PH.: (360) 534-9960
FAX: (360) 534-9959
BELLINGHAM OFFICE
1223 COMMERCIAL STREET
BELLINGHAM, WA 98225
PH.: (360) 752-2000
FAX: (360) 752-2771

court intervention, if possible. The parties are diligently conferring an engaging to resolve these disputes and complete discovery as quickly as possible.

### III.    CONCLUSION

Based on the foregoing, good cause exists to grant the parties' stipulated motion to extend the deadline to file motions related to discovery to May 29, 2026 and the deadline to complete discovery to June 29, 2026.

Dated: April 20, 2026                                    Dated: April 20, 2026

SIMMONS SWEENEY FREIMUND              ROBERT A. BOUVATTE, PLLC
SMITH TARDIF, PLLC

/s/ John R. Nicholson                                    /s/ Robert A. Bouvatte, Jr.
JOHN R. NICHOLSON, WSBA #30499        ROBERT A. BOUVATTE, WSBA #50220
711 Capitol Way S., Suite 602                    P.O. Box 14185
Olympia, WA 98501                                   Tumwater, WA 98511
(360) 534-9960                                          (564) 999-4005
John@ssslawgroup.com                            bob@rbouvattepllc.com
Special Assistant Attorney General            rbouvattelaw@gmail.com
Attorney for Defendants State of               Attorney for Plaintiff
Washington, Department of Corrections,
Lt. Dennis Simons, and Heidi Whittemore

Dated: April 20, 2026                                    Dated: April 20, 2026

NICHOLAS W. BROWN                            THE PIVTORAK LAW FIRM
Attorney General

/s/ Chad Everett Arceneaux                        /s/ David Pivtorak
CHAD EVERETT ARCENEAUX                 DAVID PIVTORAK (Pro Hac Vice)
WSBA No. 40442; OID No. 91105            611 Wilshire Boulevard
Assistant Attorney General                          Suite 911
1250 Pacific Avenue, Suite 105                   Los Angeles, CA 90017
P.O. Box 2317                                             (213) 291-9130
Tacoma, WA  98402-2317                           david@piv4law.com
(253) 207-6083                                            Attorney for Plaintiff
Chad.Arceneaux@atg.wa.gov
Attorneys for Defendants Theresa Ayotte
and Gregory Brooks

STIPULATED MOTION AND ORDER TO
EXTEND DEADLINES TO FILE MOTIONS
RELATED TO DISCOVERY AND
DEADLINE TO COMPLETE DISCOVERY
- NO. 3:24-CV-06058-TMC- Page 3

SIMMONS SWEENEY FREIMUND SMITH TARDIF PLLC
EVERGREEN PLAZA BLDG                 BELLINGHAM OFFICE
711 CAPITOL WAY S., STE 602          1223 COMMERCIAL STREET
OLYMPIA, WA 98501                        BELLINGHAM, WA 98225
PH.: (360) 534-9960                          PH.: (360) 752-2000
FAX: (360) 534-9959                          FAX: (360) 752-2771

## IV.    ORDER

THIS MATTER having come before the Court on the parties' Stipulated Motion to Extend Deadlines to File Motions Related to Discovery and Deadline to Complete Discovery, and the Court having reviewed motion and the Court's file herein, and determined there is good cause to extend the deadline to file motions related to discovery and deadline to complete discovery as follows:

All motions related to discovery must be filed by: May 29, 2026.

Discovery completed by: June 29, 2026.

IT IS SO ORDERED.

SIGNED this 21st day of April, 2026.

TIFFANY M. CARTWRIGHT
United States District Judge

STIPULATED MOTION AND ORDER TO EXTEND DEADLINES TO FILE MOTIONS RELATED TO DISCOVERY AND DEADLINE TO COMPLETE DISCOVERY - NO. 3:24-CV-06058-TMC- Page 4

SIMMONS SWEENEY FREIMUND SMITH TARDIF PLLC

EVERGREEN PLAZA BLDG
711 CAPITOL WAY S., STE 602
OLYMPIA, WA 98501
PH.: (360) 534-9960
FAX: (360) 534-9959

BELLINGHAM OFFICE
1223 COMMERCIAL STREET
BELLINGHAM, WA 98225
PH.: (360) 752-2000
FAX: (360) 752-2771

**PROOF OF SERVICE**

I certify that on April 21, 2026 I electronically filed the foregoing with the Court through CM/ECF and served on all parties or their counsel of record a copy of this document addressed as follows:

| | |
|---|---|
| Robert Bouvatte<br>P.O. Box 14185<br>Tumwater, WA 98511<br>bob@rbouvattepllc.com<br>rbouvattelaw@gmail.com<br>valerie@rbouvattepllc.com<br>Attorney for Plaintiff | ☒ CM/ECF-Filing<br>☐ ABC/Legal Messenger<br>☒ Email |
| David Pivtorak<br>The Pivtorak Law Firm<br>611 Wilshire Boulevard, Suite 911<br>Los Angeles, CA 90017<br>david@piv4law.com<br>Attorney for Plaintiff | ☒ CM/ECF-Filing<br>☐ ABC/Legal Messenger<br>☒ Email |
| Chad Everett Arceneaux<br>Assistant Attorney General<br>Office of the Attorney General<br>1250 Pacific Ave., Suite 105<br>Tacoma, WA 98401<br>chad.arceneaux@atg.wa.gov<br>karen.palmer@atg.wa.gov<br>john.unfred@atg.wa.gov<br>TORTacEF@atg.wa.gov<br>Attorney for Defendants Theresa Ayotte<br>and Gregory Brooks | ☒ CM/ECF-Filing<br>☐ ABC/Legal Messenger<br>☒ Email |

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED this 20th day of April, 2026 at Olympia, Washington.

/s/ Jenny Singleton
Jenny Singleton, Paralegal
711 Capitol Way S, Ste 602
Olympia, WA 98501
Tel: (360) 534-9960
jenny@ssslawgroup.com

STIPULATED MOTION AND ORDER TO EXTEND DEADLINES TO FILE MOTIONS RELATED TO DISCOVERY AND DEADLINE TO COMPLETE DISCOVERY - NO. 3:24-CV-06058-TMC- Page 5

SIMMONS SWEENEY FREIMUND SMITH TARDIF PLLC

EVERGREEN PLAZA BLDG
711 CAPITOL WAY S., STE 602
OLYMPIA, WA 98501
PH.: (360) 534-9960
FAX: (360) 534-9959

BELLINGHAM OFFICE
1223 COMMERCIAL STREET
BELLINGHAM, WA 98225
PH.: (360) 752-2000
FAX: (360) 752-2771