The Honorable Tiffany M. Cartwright

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

MOZZY CLARK,

                    Plaintiff,

          v.

STATE OF WASHINGTON, DEPARTMENT
OF CORRECTIONS; LT. DENNIS SIMONS;
SGT. CARRIE ANN WILLIAMS A/KA
CARRIE ANN GUAJARDO; EDWIN
SCHULZE; OFFICER THERESA
AYOTTE; OFFICER GREGORY BROOKS; and
DOES 1-10.
                    Defendants.

NO. 3:24-CV-06058-TMC

NOTICE OF APPEARANCE

TO          CLERK OF THE COURT

AND TO:     ROBERT BOUVATTE AND DAVID PIVTORAK, Counsel for Plaintiff

          YOU, AND EACH OF YOU, will please take notice that Defendant EDWIN

SCHULZE hereby enters his appearance in the above-entitled action and requests that all further

papers, except original process, be served upon the undersigned attorneys at the address listed

below:

/ / /

/ / /

NOTICE OF APPEARANCE –
No. 3:24-CV-06058-TMC- Page 1

SIMMONS SWEENEY FREIMUND SMITH TARDIF PLLC
EVERGREEN PLAZA BLDG          BELLINGHAM OFFICE
711 CAPITOL WAY S., STE 602   1223 COMMERCIAL STREET
OLYMPIA, WA 98501             BELLINGHAM, WA 98225
PH.: (360) 534-9960           PH.: (360) 752-2000
FAX: (360) 534-9959           FAX: (360) 752-2771

John R. Nicholson
Simmons Sweeney Freimund Smith Tardif, PLLC
711 Capitol Way S., Suite 602
Olympia, WA 98501
(360) 534-9960

**TRANSMISSION BY FAX DOES NOT CONSTITUTE SERVICE.**

DATED this 7th day of May 2026.

SIMMONS SWEENEY FREIMUND
SMITH TARDIF, PLLC


*/s/ John R. Nicholson*
JOHN R. NICHOLSON, WSBA #30499
711 Capitol Way S., Suite 602
Olympia, WA 98501
(360) 534-9960
John@ssslawgroup.com
Special Assistant Attorney General
Attorney for Defendants State of Washington,
Department of Corrections, Lt. Dennis Simons,
Carrie Ann Williams and Edwin Schulze

SIMMONS SWEENEY FREIMUND SMITH TARDIF PLLC
EVERGREEN PLAZA BLDG          BELLINGHAM OFFICE
711 CAPITOL WAY S., STE 602   1223 COMMERCIAL STREET
OLYMPIA, WA 98501             BELLINGHAM, WA 98225
PH.: (360) 534-9960           PH.: (360) 752-2000
FAX: (360) 534-9959           FAX: (360) 752-2771

**PROOF OF SERVICE**

I certify that on May 7, 2026, I electronically filed the foregoing with the Court through CM/ECF and served on all parties or their counsel of record a copy of this document addressed as follows:

| | |
|---|---|
| Robert Bouvatte<br>P.O. Box 14185<br>Tumwater, WA 98511<br>bob@rbouvattepllc.com<br>rbouvattelaw@gmail.com<br>Attorney for Plaintiff | ☒ CM/ECF-Filing<br>☐ ABC/Legal Messenger<br>☐ Email |
| David Pivtorak<br>The Pivtorak Law Firm<br>611 Wilshire Boulevard, Suite 911<br>Los Angeles, CA 90017<br>david@piv4law.com<br>Attorney for Plaintiff | ☒ CM/ECF-Filing<br>☐ ABC/Legal Messenger<br>☐ Email |
| Chad Everett Arceneaux<br>Assistant Attorney General<br>Office of the Attorney General<br>1250 Pacific Ave., Suite 105<br>Tacoma, WA 98401<br>chad.arceneaux@atg.wa.gov<br>karen.palmer@atg.wa.gov<br>john.unfred@atg.wa.gov<br>TORTacEF@atg.wa.gov<br>Attorney for Defendants Theresa Ayotte<br>and Gregory Brooks | ☒ CM/ECF-Filing<br>☐ ABC/Legal Messenger<br>☐ Email |

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED this 7th day of May 2026, at Chehalis, Washington.

/s/ Sara Luurs
Sara Luurs, Paralegal
sara@ssslawgroup.com

NOTICE OF APPEARANCE –
No. 3:24-CV-06058-TMC- Page 3

SIMMONS SWEENEY FREIMUND SMITH TARDIF PLLC

EVERGREEN PLAZA BLDG
711 CAPITOL WAY S., STE 602
OLYMPIA, WA 98501
PH.: (360) 534-9960
FAX: (360) 534-9959

BELLINGHAM OFFICE
1223 COMMERCIAL STREET
BELLINGHAM, WA 98225
PH.: (360) 752-2000
FAX: (360) 752-2771