The Honorable Tiffany M. Cartwright

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

MOZZY CLARK,

              Plaintiff,

    v.

STATE OF WASHINGTON, DEPARTMENT OF CORRECTIONS; LT. DENNIS SIMONS; SGT. CARRIE ANN WILLIAMS A/KA/ CARRIE ANN GUAJARDO; HEIDI WHITTEMORE; OFFICER THERESA AYOTTE; OFFICER GREGORY BROOKS; and DOES 1-10,

              Defendants.

Case No: 3:24-cv-06058-TMC

**DECLARATION OF DAVID PIVTORAK IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS**

NOTE ON MOTION CALENDAR:
[June 1, 2026 noted for consideration]

DECLARATION OF DAVID PIVTORAK
Case No: 3:24-cv-06058-TMC

**THE PIVTORAK LAW FIRM**
611 Wilshire Boulevard, Suite 911
Los Angeles, CA 90017
Telephone: (213) 291-9130

## DECLARATION OF DAVID PIVTORAK

I, David Pivtorak, declare as follows:

1.      I am counsel of record for Plaintiff in this matter. Unless otherwise stated, I have personal knowledge of the following facts and, if called and sworn as a witness, can competently testify thereto.

2.      Plaintiff has a related lawsuit against the same defendants as this action currently pending in Pierce County Superior Court, Case No. 24-2-13273-8. The Pierce County lawsuit alleges state law tort causes of action.

3.      Plaintiff was recently granted leave to amend her complaint to substitute Edwin Schulze as a defendant, as she has in this case.

4.      Should the Court grant Defendant's Motion for Judgment on the Pleadings without prejudice, Plaintiff will not attempt to allege a § 1983 claim against the State of Washington Department of Corrections in the Pierce County matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 18th day of May, 2026, at Los Angeles, California.


By: /s/ David Pivtorak
    David Pivtorak

DECLARATION OF DAVID PIVTORAK
1

THE PIVTORAK LAW FIRM
611 Wilshire Boulevard, Suite 911
Los Angeles, CA 90017
Telephone: (213) 291-9130