The Honorable Tiffany M. Cartwright

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

MOZZY CLARK,

          Plaintiff,

    v.

STATE OF WASHINGTON, DEPARTMENT
OF CORRECTIONS; LT. DENNIS SIMONS;
SGT. CARRIE ANN WILLIAMS A/KA
CARRIE ANN GUAJARDO; HEIDI
WHITTEMORE; OFFICER THERESA
AYOTTE; OFFICER GREGORY BROOKS; and
DOES 1-10.

          Defendants.

NO. 3:24-CV-06058-TMC

STIPULATED MOTION AND ORDER
TO EXTEND DEADLINE TO FILE
MOTIONS RELATED TO DISCOVERY

NOTE ON MOTION CALENDAR:

5/26/2026

COME NOW the parties, by and through their counsel of record, and respectfully move this Court pursuant to LCR 7(j) and LCR 10 (g) for an Order extending the deadline to file motions related to discovery from May 29, 2026 to June 29, 2026.

**I.**     **STATEMENT OF FACTS**

On February 19, 2026, the parties met with this Court for a discovery conference regarding a motion to compel medical releases that counsel for the Defendants intended to bring. *Dkt. 53.* After the discovery conference, Plaintiff agreed to supplement her discovery responses and supply the Defendants with some of Plaintiff's responsive medical and mental health records

STIPULATED MOTION AND ORDER TO
EXTEND DEADLINES TO FILE MOTIONS
RELATED TO DISCOVERY AND
DEADLINE TO COMPLETE DISCOVERY
- NO. 3:24-CV-06058-TMC- Page 1

SIMMONS SWEENEY FREIMUND SMITH TARDIF PLLC
EVERGREEN PLAZA BLDG
711 CAPITOL WAY S., STE 602
OLYMPIA, WA 98501
PH.: (360) 534-9960
FAX: (360) 534-9959

BELLINGHAM OFFICE
1223 COMMERCIAL STREET
BELLINGHAM, WA 98225
PH.: (360) 752-2000
FAX: (360) 752-2771

subject to a protective order after they were reviewed for relevance. On March 20, 2026, Plaintiff supplemented her discovery responses and indicated she would provide responses after review and redaction of the requested records. On May 18, 2026, Plaintiff produced records from some of her mental health providers, but Plaintiff is still in the process of obtaining her mental health records from the Oregon Department of Corrections.

The current deadline to file motions related to discovery is May 29, 2026. *Dkt. 66*. The parties are jointly requesting a 31-day extension of this deadline to allow Plaintiff to produce Plaintiff's mental health records from the Oregon Department of Corrections and a log of any responsive records being withheld, and then allow defense counsel an opportunity to review the same before determining if any motion to compel is necessary.

## II. LEGAL ARGUMENT

The Court's scheduling order shall not be modified except upon showing good cause and with consent of the judge. Fed. R. Civ. P. 16(b)(4). In determining whether good cause exists, the Court should consider any prejudice to the parties but the primary focus is the moving party's reason for seeking relief or modification. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). The Court should also consider the diligence of the parties. *Johnson*, 975 F.2d at 609. Motions for relief from a deadline should be filed sufficiently in advance of the deadline to allow the Court to rule prior to the deadline. LCR 7(j).

The Court should grant the parties' stipulated motion so that the parties have an opportunity to confer about any disputes arising out of Plaintiff's mental health records from the Oregon Department of Corrections. No party will be prejudiced by this request, and they are in agreement that extending this deadline is appropriate.

## III. CONCLUSION

Based on the foregoing, good cause exists to grant the parties' stipulated motion to extend the deadline to file motions related to discovery to June 29, 2026.

STIPULATED MOTION AND ORDER TO
EXTEND DEADLINES TO FILE MOTIONS
RELATED TO DISCOVERY AND
DEADLINE TO COMPLETE DISCOVERY
- NO. 3:24-CV-06058-TMC- Page 2

SIMMONS SWEENEY FREIMUND SMITH TARDIF PLLC
EVERGREEN PLAZA BLDG          BELLINGHAM OFFICE
711 CAPITOL WAY S., STE 602   1223 COMMERCIAL STREET
OLYMPIA, WA 98501             BELLINGHAM, WA 98225
PH.: (360) 534-9960          PH.: (360) 752-2000
FAX: (360) 534-9959          FAX: (360) 752-2771

Dated: May 26, 2026.

SIMMONS SWEENEY FREIMUND
SMITH TARDIF, PLLC

*/s/ John R. Nicholson*
JOHN R. NICHOLSON, WSBA #30499
711 Capitol Way S., Suite 602
Olympia, WA 98501
(360) 534-9960
John@ssslawgroup.com
Special Assistant Attorney General
Attorney for Defendants State of
Washington, Department of Corrections,
Lt. Dennis Simons, and Heidi Whittemore

Dated: May 26, 2026.

NICHOLAS W. BROWN
Attorney General

*/s/ Chad Everett Arceneaux*
CHAD EVERETT ARCENEAUX
WSBA No. 40442; OID No. 91105
Assistant Attorney General
1250 Pacific Avenue, Suite 105
P.O. Box 2317
Tacoma, WA  98402-2317
(253) 207-6083
Chad.Arceneaux@atg.wa.gov
Attorneys for Defendants Theresa Ayotte
and Gregory Brooks

Dated: May 26, 2026

ROBERT A. BOUVATTE, PLLC

/s/ Robert Bouvatte
ROBERT A. BOUVATTE, WSBA #50220
P.O. Box 14185
Tumwater, WA 98511
(564) 999-4005
bob@rbouvattepllc.com
rbouvattelaw@gmail.com
Attorney for Plaintiff

Dated: _____

THE PIVTORAK LAW FIRM

_____
DAVID PIVTORAK *(Pro Hac Vice)*
611 Wilshire Boulevard
Suite 911
Los Angeles, CA 90017
(213) 291-9130
david@piv4law.com
Attorney for Plaintiff

Simmons Sweeney Freimund Smith Tardif PLLC
Evergreen Plaza Bldg            Bellingham Office
711 Capitol Way S., Ste 602     1223 Commercial Street
Olympia, WA 98501               Bellingham, WA 98225
Ph.: (360) 534-9960             Ph.: (360) 752-2000
Fax: (360) 534-9959             Fax: (360) 752-2771

## IV.   ORDER

THIS MATTER, having come before the Court on the parties' Stipulated Motion to Extend Deadline to File Motions Related to Discovery, and the Court having reviewed the motion and the Court's file herein and determined there is good cause for the parties' joint request, IT IS HEREBY ORDERED that the Stipulated Motion to Extend Deadline to File Motions Related to Discovery is GRANTED. All motions related to discovery must be filed by June 29, 2026.

SIGNED this _____ day of _____, 2026.

_____
HON. TIFFANY M. CARTWRIGHT
United States District Court Judge

STIPULATED MOTION AND ORDER TO EXTEND DEADLINES TO FILE MOTIONS RELATED TO DISCOVERY AND DEADLINE TO COMPLETE DISCOVERY - NO. 3:24-CV-06058-TMC- Page 4

SIMMONS SWEENEY FREIMUND SMITH TARDIF PLLC
EVERGREEN PLAZA BLDG
711 CAPITOL WAY S., STE 602
OLYMPIA, WA 98501
PH.: (360) 534-9960
FAX: (360) 534-9959

BELLINGHAM OFFICE
1223 COMMERCIAL STREET
BELLINGHAM, WA 98225
PH.: (360) 752-2000
FAX: (360) 752-2771