UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MOZZY CLARK,

                 Plaintiff,

     v.

STATE OF WASHINGTON

DEPARTMENT OF CORRECTIONS, et al.,

                 Defendants.

Case No. 3:24-cv-06058-TMC

ORDER GRANTING MOTION FOR
JUDGMENT ON THE PLEADINGS

This case arises from Plaintiff Mozzy Clark's allegation that she was sexually assaulted while incarcerated by the Washington Department of Corrections ("DOC"). Dkt. 68 ¶ 1. DOC has moved to dismiss Clark's claims against it brought under 42 U.S.C. § 1983 because DOC is not a "person" subject to suit under that statute. Dkt. 69. Clark concedes that the § 1983 claims against DOC should be dismissed, *see* Dkt. 76 at 2, but she argues that the dismissal should be without prejudice. *Id*. DOC responds that the dismissal should be with prejudice because § 1983 claims may not be brought against a state agency in any court as a function of the statute, not a lack of jurisdiction. *See* Dkt. 80.

DOC's arguments are persuasive. While a dismissal of a claim for lack of subject matter jurisdiction based on Eleventh Amendment immunity would be without prejudice, *see Freeman*

ORDER GRANTING MOTION FOR JUDGMENT ON THE PLEADINGS - 1

*v. Oakland Unified Sch. Dist.*, 179 F.3d 846, 847 (9th Cir. 1999), DOC seeks dismissal because it is not considered a "person" under § 1983 and therefore cannot be sued under that statute in any court, whether state or federal. *See Will v. Michigan Dep't of State Police*, 491 U.S. 58, 63–64 (1989) ("Petitioner filed the present § 1983 action in Michigan state court, which places the question whether a State is a person under § 1983 squarely before us since the Eleventh Amendment does not apply in state courts. . . . [A] State is not a person within the meaning of § 1983."). The motion for judgment on the pleadings (Dkt. 69) is therefore GRANTED, and Plaintiff's claims against DOC are DISMISSED WITH PREJUDICE.

Dated this 12th day of June, 2026.

Tiffany M. Cartwright
United States District Judge

ORDER GRANTING MOTION FOR JUDGMENT ON THE PLEADINGS - 2