The Honorable Tiffany Cartwright

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| MOZZY CLARK,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF WASHINGTON, DEPARTMENT OF CORRECTIONS; LT. DENNIS SIMONS; SGT. CARRIE ANN WILLIAMS A/KA/ CARRIE ANN GUAJARDO; HEIDI WHITTEMORE; OFFICER THERESA AYOTTE; OFFICER GREGORY BROOKS; and DOES 1-10.<br><br>Defendants. | NO. 3:24-cv-06058<br><br>[PROPOSED] ORDER GRANTING DEFENDANT THERESA AYOTTE'S MOTION FOR SUMMARY JUDGMENT |

THIS MATTER having come on for hearing on Defendant Theresa Ayotte's Motion for Summary Judgment, and the court having considered the records and files herein, including:

1. Defendant Theresa Ayotte's Motion for Summary Judgment;
2. Declaration of Theresa Ayotte in Support of Summary Judgment;
3. Declaration of Jennifer Van Wey;
4. Declaration of Chad Everett Arceneaux and all exhibits thereto;
5. ______________________________


OFFICE OF THE ATTORNEY GENERAL
1250 Pacific Avenue, Suite 105
P.O. Box 2317
Tacoma, WA 98401
(253) 593-5243

6. ______________________________

7. ______________________________

8. ______________________________

And the court being otherwise duly advised in the premises;

NOW THEREFORE, IT IS HEREBY ORDERED that Defendant Theresa Ayotte's Motion for Summary Judgment is GRANTED and the Plaintiff's Complaint and all claims and causes against the Defendant are hereby DISMISSED with prejudice. The Clerk of the Court is authorized to enter Judgment in accordance with this order.

DONE this _______ day of July 2026.

__________________________________________
HONORABLE TIFFANY M. CARTWRIGHT
United States District Judge

NICHOLAS W. BROWN
Attorney General

______________________________
CHAD EVERETT ARCENEAUX
WSBA No. 40442, OID No. 91105
Assistant Attorneys General
Office of the Attorney General
1250 Pacific Ave., Suite 105
Tacoma, WA 98402-2317
Tel.: (253) 593-5243
Email: chad.arceneaux@atg.wa.gov
Attorneys for Defendants Ayotte and Brooks

ROBERT A. BOUVATTE, PLLC

____________________________________
ROBERT A. BOUVATTE, JR.
WSBA No. 50220
Robert A. Bouvatte, PLLC
P.O. Box 14185
Tumwater, WA 98511
Tel.: (564) 999-4005
Email: bob@rbouvattepllc.com
cassidy@rbouvattepllc.com

SIMMONS SWENEY FREIDMUND SMITH TARDIFF PLLC

______________________________
JOHN R. NICHOLSON
WSBA No. 30499
Special Assistant Attorney General
711 Capitol Way S., Suite 602
Olympia, WA 98501
Tel.: (360) 534-9960
Email: john@ssslawgroup.com
Attorney for Defendants State of Washington, Department of Corrections, Lt. Dennis Simons, Carie Guajardo and Edwin Schulze

THE PIVTORAK LAW FIRM

______________________________
DAVID PIVTORAK
CAL BAR No. 255943
611 Wilshire Boulevard, Suite 911
Los Angeles, CA 90017
Tel.: (213) 291-9130
Email: david@piv4law.com
Attorney for Plaintiff

**DECLARATION OF SERVICE**

I declare that on this 29th day of June, 2026, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Robert A. Bouvatte, Jr., WSBA No. 50220
Robert A. Bouvatte, PLLC
P.O. Box 14185
Tumwater, WA 98511
bob@rbouvattepllc.com
cassidy@rbouvattepllc.com

David Pivtorak, Cal. Bar No. 255943
david@piv4law.com

John R. Nicholson, WSBA No. 30499
Simons Sweeney Freimund Smith Tardiff PLLC
711 Capitol Way S., Suite 602
Olympia, WA 98501
john@ssslawgroup.com
jenny@ssslawgroup.com
tasha@ssslawgroup.com

DATED this 29th day of June, 2026,

NICHOLAS W. BROWN
Attorney General

s/ Chad Arceneaux
CHAD EVERETT ARCENEAUX
WSBA No. 40442; OID No. 91105
Assistant Attorney General
1250 Pacific Avenue, Suite 105
P.O. Box 2317
Tacoma, WA 98401-2317
Telephone: (253) 593-5243
FAX: (253) 593-2449
E -mail: Chad.Arceneaux@atg.wa.gov