The Honorable Tiffany M. Cartwright

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

MOZZY CLARK,

Plaintiff,

v.

STATE OF WASHINGTON, DEPARTMENT OF CORRECTIONS; LT. DENNIS SIMONS; SGT. CARRIE ANN WILLIAMS A/KA/ CARRIE ANN GUAJARDO; HEIDI WHITTEMORE; OFFICER THERESA AYOTTE; OFFICER GREGORY BROOKS; and DOES 1-10,

Defendants.

Case No: 3:24-cv-06058-TMC

**STIPULATED MOTION AND ORDER TO EXTEND DEADLINE FOR MOTIONS IN LIMINE**

NOTE ON MOTION CALENDAR:
September 17, 2026



**THE PIVTORAK LAW FIRM**
611 Wilshire Boulevard, Suite 911
Los Angeles, CA 90017
Telephone: (213) 291-9130

**COME NOW** the parties, by and through their counsel of record, and respectfully move this Court under Federal Rule of Civil Procedure 16(b)(4), LCR 7(j), and LCR 10(g) for an Order extending the deadline to file motions in limine from September 21, 2026, to September 22, 2026.

## I. STATEMENT OF FACTS

On April 1, 2025, the Court entered its Order Setting Jury Trial and Pretrial Dates. The Order requires motions *in limine* to be filed by September 21, 2026. Dkt. # 44.

September 21, 2026 is Yom Kippur. Plaintiff's counsel observes Yom Kippur and is unable to work that day. The parties therefore jointly request a one-day extension of the deadline to September 22, 2026. The requested extension will not alter any other pretrial deadline or the October 26, 2026 trial date, and no party will be prejudiced.

## II. LEGAL ARGUMENT

A scheduling order may be modified for good cause and with the Court's consent. Fed. R. Civ. P. 16(b)(4). The Court's scheduling order likewise provides that its dates may be altered only by court order upon good cause shown. Dkt. # 44. A motion for relief from a deadline should be filed sufficiently in advance to permit a ruling before the deadline. LCR 7(j).

Good cause exists because the current deadline falls on a religious holiday observed by Plaintiff's counsel. The parties seek only a one-day extension, have submitted the request before the deadline, and agree that the extension will cause no prejudice or disruption to the remaining schedule.

## III. CONCLUSION

For these reasons, the parties respectfully request that the Court extend the deadline to file motions in limine from September 21, 2026, to September 22, 2026. All other dates will remain unchanged.



**THE PIVTORAK LAW FIRM**
611 Wilshire Boulevard, Suite 911
Los Angeles, CA 90017
Telephone: (213) 291-9130

Dated: September 17, 2026

**SIMMONS SWEENEY FREIMUND SMITH TARDIF, PLLC**

/s/ John R. Nicholson
JOHN R. NICHOLSON, WSBA #30499
711 Capitol Way S., Suite 602
Olympia, WA 98501
(360) 534-9960
John@ssslawgroup.com
Special Assistant Attorney General
Attorney for Defendants State of Washington, Department of Corrections, Lt. Dennis Simons, and Heidi Whittemore

Dated: September 17, 2026

**ROBERT A. BOUVATTE, PLLC**

/s R. Bouvatte______________________________
ROBERT A. BOUVATTE, WSBA #50220
P.O. Box 14185
Tumwater, WA 98511
(564) 999-4005
bob@rbouvattepllc.com
rbouvattelaw@gmail.com
Attorney for Plaintiff

Dated: September 17, 2026

**NICHOLAS W. BROWN**
**Attorney General**

/s/ Chad E. Arceneaux
CHAD EVERETT ARCENEAUX
WSBA No. 40442; OID No. 91105
Assistant Attorney General
1250 Pacific Avenue, Suite 105
P.O. Box 2317
Tacoma, WA 98402-2317
(253) 207-6083
Chad.Arceneaux@atg.wa.gov
Attorneys for Defendants Theresa Ayotte and Gregory Brooks

Dated: September 17, 2026

**THE PIVTORAK LAW FIRM**

/s/ David Pivtorak
DAVID PIVTORAK (Pro Hac Vice)
611 Wilshire Boulevard
Suite 911
Los Angeles, CA 90017
(213) 291-9130
david@piv4law.com
Attorney for Plaintiff

**IV. ORDER**

THIS MATTER having come before the Court on the parties' Stipulated Motion to Extend Deadline for Motions in Limine, and the Court finding good cause, IT IS HEREBY ORDERED that the motion is GRANTED. The deadline to file motions in limine is extended from September 21, 2026, to September 22, 2026. All other dates remain unchanged.

DATED this _____ day of ________________, 2026.

___________________________________
HON. TIFFANY M. CARTWRIGHT
United States District Court Judge



**THE PIVTORAK LAW FIRM**
611 Wilshire Boulevard, Suite 911
Los Angeles, CA 90017
Telephone: (213) 291-9130