HONORABLE TIFFANY M. CARTWRIGHT

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

MOZZY CLARK, an individual,

Plaintiff,

v.

STATE OF WASHINGTON, DEPARTMENT OF CORRECTIONS; LT. DENNIS SIMONS; OFFICER THERESA AYOTTE; SGT. CARRIE ANN WILLIAMS A/K/A CARRIE ANN GUAJARDO; HEIDI WHITTEMORE; OFFICER GREGORY BROOKS; and DOES 1-10,

Defendants.

No. 3:24-cv-06058-TMC

**AGREED NEUTRAL STATEMENT OF CASE**

**[JURY DEMAND]**

**PARTIES' AGREED NEUTRAL STATEMENT OF CASE**

The plaintiff Mozzy Clark asserts claims under 42 U.S.C. § 1983 against Defendants Gregory Brooks and Carie Ann Williams. Plaintiff claims that, while acting under color of state law as Washington Department of Corrections employees, each Defendant violated her rights under the Eighth Amendment of the United States Constitution by acting with deliberate indifference to a substantial risk that she would suffer sexual assault from her cellmate.

The defendants deny those claims and also contend that they did not personally participate in or cause any violation of Plaintiff's Eighth Amendment or any other Constitutional rights, and that they were not deliberately indifferent to any substantial risk of sexual assault from Plaintiff's cellmate.

DATED this 6th day of October, 2026.

Respectfully submitted,

*/s/ Robert Bouvatte*
Robert A. Bouvatte, Jr., WSBA # 50220
ROBERT A. BOUVATTE, PLLC
P.O. Box 14185
Tumwater, WA 98511
bob@rbouvattepllc.com
rbouvattelaw@gmail.com
T: (564) 999-4005
*Attorney for Plaintiff*

*/s/ David Pivtorak*
David Pivtorak, Cal. Bar. # 255943
THE PIVTORAK LAW FIRM
611 Wilshire Boulevard, Suite 911
Los Angeles, CA 90017
david@piv4law.com
T: (213) 291-9130
*Attorney for Plaintiff (pro hac vice)*

*/s/ Chad Arceneaux*
Chad E. Arceneaux, WSBA # 40442, OID # 91105
NICHOLAS W. BROWN, Attorney General
1250 Pacific Avenue, Suite 105
P.O. Box 2317
Tacoma, WA 98402-2317
Chad.Arceneaux@atg.wa.gov
John.unfred@atg.wa.gov
karen.palmer@atg.wa.gov
TorTacEF@atg.wa.gov
T: (253) 207-6083
*Attorney for Defendant Gregory Brooks*

*/s/ John Nicholson*
John R. Nicholson, WSBA # 30499
SIMMONS SWEENEY FREIMUND SMITH TARDIF, PLLC
711 Capitol Way S., Suite 602
Olympia, WA 98501
John@ssslawgroup.com
Jenny@ssslawgroup.com
sara@ssslawgroup.com
Special Assistant Attorney General
T: (360) 534-9960
*Attorney for Defendant Carie Ann Williams*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2026, I electronically filed the foregoing Agreed Pretrial Order via CM/ECF, which will electronically serve same to all counsel of record as listed below. No other parties are to receive notice.

David Pivtorak, Cal. Bar. # 255943
THE PIVTORAK LAW FIRM
611 Wilshire Boulevard, Suite 911
Los Angeles, CA 90017
david@piv4law.com
T: (213) 291-9130
*Attorney for Plaintiff (pro hac vice)*

Chad E. Arceneaux, WSBA # 40442, OID # 91105
NICHOLAS W. BROWN, Attorney General
1250 Pacific Avenue, Suite 105
P.O. Box 2317
Tacoma, WA 98402-2317
Chad.Arceneaux@atg.wa.gov
John.unfred@atg.wa.gov
karen.palmer@atg.wa.gov
TorTacEF@atg.wa.gov
T: (253) 207-6083
*Attorney for Defendant Gregory Brooks*

John R. Nicholson, WSBA # 30499
SIMMONS SWEENEY FREIMUND SMITH TARDIF, PLLC
711 Capitol Way S., Suite 602
Olympia, WA 98501
John@ssslawgroup.com
Jenny@ssslawgroup.com
sara@ssslawgroup.com
Special Assistant Attorney General
T: (360) 534-9960
*Attorney for Defendant Carie Ann Williams*

Dated: October 6, 2026.

By: ______________________

Robert A. Bouvatte, Jr., Esq.
ROBERT A. BOUVATTE, PLLC
P.O. Box 14185
Tumwater, WA 98511
PH: (564) 999-4005
bob@rbouvattepllc.com
rbouvattelaw@gmail.com

*Attorney for Plaintiff, Mozzy Clark*