UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MOZZY CLARK,<br><br>Plaintiff,<br><br>v.<br><br>DENNIS SIMONS, et al.,<br><br>Defendants. | Case No. 3:24-cv-06058-TMC<br><br>PRETRIAL CONFERENCE AGENDA |

The Court will address the following topics at the final pretrial conference scheduled for Tuesday, October 13, 2026 at 3:00 PM via videoconference:

**Trial Logistics**

1. Estimated Trial Length
   a. Number of trial days – 6 – closing arguments no later than the afternoon of Tuesday, November 3
   b. No trial on Friday, October 30
2. Court's Daily Schedule
   a. Regular schedule
      i. Courtroom opens at 8:15

ii. Pretrial matters at 8:45

iii. Testimony from 9–10:30 and 10:45–noon

iv. Lunch from 12–1:30

v. Matters outside presence of jury at 1:15

vi. Testimony from 1:30–3:00 and 3:15–4:30

3. Chess clock

   a. 22 hours of testimony time – 11 hours/side

      i. This does not include opening, closing, time outside the presence of the jury, or juror questions. If your side is at the podium with a witness, your clock is running.

   b. Judge Cartwright will go over the amount of time used by each side at the end of each trial day, and it will be posted in the trial minutes for that day

4. Jury Selection

   a. Number of jurors for voir dire: 40 were summoned

   b. Number of jurors on final panel: 8, all will deliberate, must be unanimous (FRCP 48)

   c. Voir dire process: Judge Cartwright will provide a separate handout with her voir dire questions based on the parties' submissions; each side (Plaintiff and Defendants collectively) will get 20 minutes of follow-up after Judge Cartwright's questions

   d. Process for cause and peremptory challenges

5. Opening statements

   a. Afternoon of first day of trial

   b. Approximate time?

c. Demonstrative exhibits for use in opening (PowerPoint slides, visuals, etc.) must be disclosed to the other side by Thursday, October 22; any objections must be filed with the Court by Friday, October 23.

d. May use any stipulated exhibit or admissible deposition testimony

6. Presentation of testimony

a. Disclosure of each day's witnesses

b. Exclusion of witnesses from the courtroom

c. Making sure to have enough witnesses for each day / calling witnesses only once

d. Avoiding sidebars

e. Admission of exhibits through a witness

f. Proper use of depositions for impeachment / documents to refresh recollection

g. No leading your own witnesses

h. Objection process

i. Presumption is that all witnesses appear live; Zoom testimony will be allowed only upon motion under Rule 43(a)

j. Juror notetaking

k. Juror questions

7. Other matters

a. Food and drink – we will enter an order allowing you to bring food/water/coffee into the courthouse; you can keep food in the attorney rooms – please not in the courtroom

b. If issues arise after hours, or the case settles, email the courtroom deputy and the law clerk: Mary_Trent@wawd.uscourts.gov, Aletta_Brady@wawd.uscourts.gov

**<u>Pending Motions / Outstanding Matters</u>**

1. Pretrial Order
    a. Exhibit list
2. Motions in limine
    a. The parties should be prepared to present oral argument at the pretrial conference on:
        i. Defendants' motion in limine 2
        ii. Plaintiff's motion in limine F
    b. Court will issue written order on motions in limine after the pretrial conference
3. Deposition Designations
    a. Deposition testimony may only be used to the extent allowed under FRCP 32(a)
    b. Counsel shall be prepared to discuss at the conference whether the proposed designations comply with this rule
        i. Daxon Motis
        ii. Tyler Boulanger
        iii. Deborah Jo Wofford
4. Jury Instructions / Verdict Form
    a. Court will email proposed preliminary instructions next week; any objections may be made the morning of trial
    b. Court will email proposed final instructions and verdict form before the charge conference
    c. The charge conference will be on the record, likely the day before closing arguments

d. Following the charge conference, the Court will post the final instructions on the docket

5. Trial Exhibits

a. Send electronic copies to Mary as soon as possible

b. Confirm with Mary delivery of physical copies

Dated this 7th day of October, 2026.

Tiffany M. Cartwright
United States District Judge