The Honorable Tiffany M. Cartwright

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

MOZZY CLARK,

Plaintiff,

v.

STATE OF WASHINGTON, DEPARTMENT OF CORRECTIONS; LT. DENNIS SIMONS; SGT. CARRIE ANN WILLIAMS A/KA/ CARRIE ANN GUAJARDO; HEIDI WHITTEMORE; OFFICER THERESA AYOTTE; OFFICER GREGORY BROOKS; and DOES 1-10,

Defendants.

Case No: 3:24-cv-06058-TMC

**PLAINTIFF'S PROPOSED NEUTRAL STATEMENT OF THE CASE**



**THE PIVTORAK LAW FIRM**
611 Wilshire Boulevard, Suite 911
Los Angeles, CA 90017
Telephone: (213) 291-9130

## I. INTRODUCTION.

The plaintiff, or person bringing this case, is Mozzy Clark. At the time of the disputed events in this case, Ms. Clark was incarcerated at the Washington Corrections Center for Women. The defendants in this case are Gregory Brooks and Carie Ann Williams, who at the time of these events were employees of the Washington Department of Corrections.

Ms. Clark alleges that the defendants violated her constitutional rights by failing to protect her from a sexual assault by her cellmate. Ms. Clark's cellmate at the time of the disputed events is a transgender woman, meaning a woman who was identified as male at birth.

Respectfully submitted, this 15th day of October, 2026.

**ROBERT A. BOUVATTE, PLLC**

By: ______________________
Robert A. Bouvatte, Jr., WSBA #50220
P.O. Box 14185
Tumwater, WA 98511
PH: (564) 999-4005
bob@rbouvattepllc.com
rbouvattelaw@gmail.com

**THE PIVTORAK LAW FIRM**

By: ______________________
David Pivtorak, Cal. Bar, #255943
611 Wilshire Boulevard
Suite 911
Los Angeles, CA 90017
PH: (213) 291-9130
david@piv4law.com
*Pro Hac Vice*