The Honorable Tiffany M. Cartwright

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

MOZZY CLARK,

Plaintiff,

v.

STATE OF WASHINGTON, DEPARTMENT OF CORRECTIONS; LT. DENNIS SIMONS; SGT. CARRIE ANN WILLIAMS A/KA/ CARRIE ANN GUAJARDO; HEIDI WHITTEMORE; OFFICER THERESA AYOTTE; OFFICER GREGORY BROOKS; and DOES 1-10,

Defendants.

Case No: 3:24-cv-06058-TMC

ORDER GRANTING PLAINTIFF'S MOTION FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO SECURE TRIAL TESTIMONY OF CHRISTOPHER "CHRISTY" SCOTT WILLIAMS

The Court has considered Plaintiff's Motion for Issuance of *Writ of Habeas Corpus Ad Testificandum* to Secure Trial Testimony of Christy Williams (Dkt. 127), the declaration of counsel, the record, and any response.

Plaintiff's motion is GRANTED. The Court will issue the *Writ of Habeas Corpus Ad Testificandum* filed contemporaneously with this Order. Williams's custodian shall transport and produce Williams at the United States Courthouse, 1717 Pacific Avenue, Tacoma, Washington 98402, on October 28, 2026, at 9:00 a.m., and thereafter as the Court may direct until Williams' testimony is completed.

The custodian shall maintain custody of Williams during transportation and all court proceedings, coordinate courthouse security with the United States Marshals Service, bear the costs of transportation and safekeeping, and return Williams to the appropriate correctional facility after the Court excuses the witness.

IT IS SO ORDERED.

Dated this 15th day of October 2026.

Hon. Tiffany M. Cartwright
United States District Judge